■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY LEE HARRISON, Appellant. [620 NYS2d 282] —Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered June 23, 1993, convicting him of criminal possession of a controlled substance in the third degree (two counts) and criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The evidence supports the hearing court's determination that the single-photograph identification of the defendant as the person who sold drugs to an undercover officer was merely confirmatory in nature. The undercover officer identified the defendant minutes after his first face-to-face transaction with the defendant and had previously seen the defendant in the neighborhood on numerous occasions (see, People v Johnson, 173 AD2d 734; People v Kearn, 118 AD2d 871; cf., People v Waring, 183 AD2d 271). In any event, the undercover officer had an independent source for identifying the defendant (see, People v Rowan, 199 AD2d 546; People v Brown, 191 AD2d 502).

We have reviewed the defendant's remaining contentions and find them to be without merit. Balletta, J. P., O'Brien, Hart and Friedmann, JJ., concur.